# EXHIBIT 2




**REMIT PAYMENT TO:**

**INVOICE**

RETURN SERVICE REQUESTED

**CDW Direct**
PO Box 75723
Chicago, IL 60675-5723

ACH INFORMATION:
THE NORTHERN TRUST
50 SOUTH LASALLE STREET
CHICAGO, IL  60675

E-mail Remittance To: achremittance@cdw.com
ROUTING NO.: REDACTED
ACCOUNT NAME: CDW DIRECT
ACCOUNT NO.: REDACTED

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER |
|---|---|---|
| WWR2591 | 03/29/11 | 0465226 |
| SUBTOTAL | SHIPPING | SALES TAX |
| $216,039.00 | $0.00 | $11,882.15 |
| DUE DATE | | AMOUNT DUE |
| 04/28/11 | | $227,921.15 |

:606755723234:

CDW Direct
P.O. Box 75723
Chicago, IL  60675-5723

EPIC SYSTEMS
ACCOUNT PAYABLE
1979 MILKY WAY
VERONA WI 53593-9179
USA

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| INVOICE DATE | INVOICE NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| 03/29/11 | WWR2591 | Net 30 Days | 04/28/11 |
| ORDER DATE | SHIP VIA | PURCHASE ORDER NUMBER | CUSTOMER NUMBER |
| 03/28/11 | DROP SHIP-GROUND | 601817 | 0465226 |

| ITEM NUMBER | DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 2277309 | ATTACHMATE REFLECTION F/UNIX & OPENV<br>Manufacturer Part Number: 1108841.LD | 2300 | 2300 | 0 | 93.93 | 216,039.00 |

**GO GREEN!**
CDW is happy to announce that paperless billing is now available!  If you would like to start receiving your invoices as an emailed PDF, please email CDW at paperlessbilling@cdw.com.  Please include your Customer number or an Invoice number in your email for faster processing.
**REDUCE PROCESSING COSTS AND ELIMINATE THE HASSLE OF PAPER CHECKS!**
Begin transmitting your payments electronically via ACH using CDW's bank and remittance information located at the top of the attached payment coupon.  Email credit@cdw.com with any questions.

| ACCOUNT MANAGER | SHIPPING ADDRESS: | | |
|---|---|---|---|
| BRIAN LIEBER<br>312-705-5650<br>brialie@cdw.com | EPIC SYSTEMS<br>JOSH KAMMERUD<br>1979 MILKY WAY<br>VERONA WI 53593-9179 | SUBTOTAL | $216,039.00 |
| | | SHIPPING | $0.00 |
| SALES ORDER NUMBER | | SALES TAX | $11,882.15 |
| CBHT671 | | AMOUNT DUE | $227,921.15 |



ISO 9001 and ISO 14001 Certified
**CDW DIRECT FEIN** REDACTED

HAVE QUESTIONS ABOUT YOUR ACCOUNT?
PLEASE EMAIL US AT credit@cdw.com
VISIT US ON THE INTERNET AT www.cdw.com

Page 1 of 1

EPIC000621