# EXHIBIT 4

| REMIT PAYMENT TO: | | **INVOICE** | ACH INFORMATION:<br>THE NORTHERN TRUST<br>50 SOUTH LASALLE STREET<br>CHICAGO, IL 60675 | E-mail Remittance To: achremittance@cdw.com<br>ROUTING NO.: REDACTED<br>ACCOUNT NAME: CDW DIRECT<br>ACCOUNT NO.: REDACTED |
|---|---|---|---|---|



**CDW Direct**
PO Box 75723
Chicago, IL 60675-5723

RETURN SERVICE REQUESTED



| INVOICE NUMBER | INVOICE DATE | CUSTOMER NUMBER |
|---|---|---|
| ZTW8247 | 09/28/11 | 0465226 |
| SUBTOTAL | SHIPPING | SALES TAX |
| $33,954.00 | $0.00 | $1,867.47 |
| DUE DATE | | AMOUNT DUE |
| 10/28/11 | | $35,821.47 |

CDW Direct
P.O. Box 75723
Chicago, IL 60675-5723

EPIC SYSTEMS
ACCOUNT PAYABLE
1979 MILKY WAY
VERONA WI 53593-9179
USA

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

| INVOICE DATE | INVOICE NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| 09/28/11 | ZTW8247 | Net 30 Days | 10/28/11 |
| ORDER DATE | SHIP VIA | PURCHASE ORDER NUMBER | CUSTOMER NUMBER |
| 09/27/11 | DROP SHIP-GROUND | 602248 | 0465226 |

| ITEM NUMBER | DESCRIPTION | QTY ORD | QTY SHIP | QTY B/O | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1950136 | ATTACHMATE RWEBEE2008 CONC LIC LVL-D<br>Manufacturer Part Number: RWEBEE08-LC-D | 200 | 200 | 0 | 169.77 | 33,954.00 |

**GO GREEN!**
CDW is happy to announce that paperless billing is now available! If you would like to start receiving your invoices as an emailed PDF, please email CDW at paperlessbilling@cdw.com. Please include your Customer number or an Invoice number in your email for faster processing.
**REDUCE PROCESSING COSTS AND ELIMINATE THE HASSLE OF PAPER CHECKS!**
Begin transmitting your payments electronically via ACH using CDW's bank and remittance information located at the top of the attached payment coupon. Email credit@cdw.com with any questions.

| ACCOUNT MANAGER | SHIPPING ADDRESS: | | |
|---|---|---|---|
| BRIAN LIEBER<br>312-705-5650<br>brialie@cdw.com | EPIC SYSTEMS<br>1979 MILKY WAY<br>VERONA WI 53593-9179 | SUBTOTAL | $33,954.00 |
| | | SHIPPING | $0.00 |
| | | SALES TAX | $1,867.47 |
| SALES ORDER NUMBER | | AMOUNT DUE | $35,821.47 |
| XXK2487 | | | |



ISO 9001 and ISO 14001 Certified
**CDW DIRECT FEIN** REDACTED

HAVE QUESTIONS ABOUT YOUR ACCOUNT?
PLEASE EMAIL US AT credit@cdw.com
VISIT US ON THE INTERNET AT www.cdw.com

Page 1 of 1

EPIC000622