# EXHIBIT 35



**SHI**

Federal tax ID:REDACTED
290 Davidson Ave.
Somerset, NJ 08873
Phone: 888-235-3871
Fax: 732-805-9669

Please remit payment to:
SHI International Corp
P.O. Box 952121
Dallas, TX 75395-2121
Wire information:
Wells Fargo Bank
Wire Rt#REDACTED
ACH Rt#REDACTED
Account#REDACTED
SWIFT Code: REDACTED

For W-9 Form please visit www.shi.com/W9

APR 0 4 2014

## Invoice No.   B01854272

Invoice date       3/21/2014
Customer number    1028625
Sales order        S07757523

Finance charge of 1.5% per month will be charged on past due accounts - 18%/yr.
All returns require an RMA# supplied by your SHI Sales team

**Bill To** Epic Systems
1979 Milky Way
Verona, WI 53593
United States

**Ship To** Epic Systems
1979 Milky Way
Verona, WI 53593
United States
Ship To: Corey Wilson

| Ship Date | Salesperson | Purchase Order | Ship Via | FOB | Terms |
|---|---|---|---|---|---|
| 3/21/2014 | Brenna Rounds/Crespo | 603880 | ESD | FOB ORIGIN | NET 30 |

| Item No. / Mfg Part No. | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 28235831<br>1110504 LD<br>ESD<br>Attachmate | Reflection For Unix w Openvms2014 Lic Unit Level D<br>Multiple platforms English Software<br>Agreement No : 43755<br>Maintenance From date: 03/19/2014<br>Maintenance To date: 03/19/2015 | 1,300 | 1,300 | 130.21 | 169,273.00 |

Quote: 7760700
**VPA 43755**

| | |
|---|---:|
| Sales Balance | 169,273.00 |
| Freight | 0.00 |
| Recycling Fee | 0.00 |
| Sales Tax | 9,310.02 |
| **Total** | **178,583.02** |
| **Currency** | **USD** |

Page 1 of 1

EPIC000625