# EXHIBIT 36



Federal tax ID:REDACTED
290 Davidson Ave.
Somerset, NJ 08873
Phone: 888-235-3871
Fax: 732-805-9669

Please remit payment to:
SHI International Corp
P O Box 952121
Dallas, TX 75395-2121
Wire information:
Wells Fargo Bank
Wire Rt# REDACTED
ACH Rt#REDACTED
Account#REDACTED
SWIFT Code: REDACTED

For W-9 Form please visit www shi com/W9

**Invoice No.**    **B01854276**
Invoice date        3/21/2014
Customer number     1028625
Sales order         S07757526

Finance charge of 1.5% per month will be charged on past
due accounts - 18%/yr.
All returns require an RMA# supplied by your SHI Sales
team

**Bill To** Epic Systems
1979 Milky Way
Verona, WI 53593
United States

**Ship To** Epic Systems
1979 Milky Way
Verona, WI 53593
United States
Ship To:  Corey Wilson

| Ship Date | Salesperson | Purchase Order | Ship Via | FOB | Terms |
|-----------|-------------|----------------|----------|-----|-------|
| 3/21/2014 | Brenna Rounds/Crespo | 603880 | ESD | FOB ORIGIN | NET 30 |

| Item No. Mfg Part No. | Description | Qty Ordered | Qty Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 28344463 1110511 LCUP ESD Attachmate | Reflection for UNIX And Open VMS 2014 Licensed-Concurrent Up  Multiple platforms English Software Agreement No.: 43755 Maintenance From date: 03/19/2014 Maintenance To date: 03/19/2015 | 400 | 400 | 237 50 | 95,000 00 |

Quote: 7760701
**VPA 43755**

| | |
|---|---|
| Sales Balance | 95,000 00 |
| Freight | 0 00 |
| Recycling Fee | 0 00 |
| Sales Tax | 5,225 00 |
| **Total** | **100,225.00** |
| **Currency** | **USD** |

Page  1   of  1

EPIC000626