# EXHIBIT A

REDACTED









**CONFIDENTIAL**
**Subject to Protective Order**

**PDMI-0004**



**CONFIDENTIAL**
**Subject to Protective Order**

PDMI-0005

