UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Epic Systems Corporation,

        Plaintiff,

vs.

Attachmate Corporation,

        Defendant.

Case No. 15-CV-179

---

**EPIC SYSTEMS CORPORATION'S INITIAL TRIAL WITNESS DISCLOSURE**

---

In accordance with Rule 26(a)(3)(A), Epic provides its disclosure of witnesses it expects to present and those it may call if the need arises. All witnesses' addresses and phone numbers have been previously disclosed.

The witnesses Epic expects to present at trial are:

- Brian Benz
- Josh Kammerud
- Corey Wilson
- Robert Shivers
- Jason Fendrick
- Josh Bruflodt
- Stirling Martin
- Richard F. Bero
- Daniel Conway

The witnesses Epic may call if the need arises are:

- Amroulah "Bob" Babai (by deposition)
- Brian Lieber (by deposition)
- Jean Edelhertz (live per counsel)
- Darren Rice (by deposition)
- Owen Davis Benson (live per counsel)
- Kristen Lall (by deposition or live per counsel)
- Joshua Baker (live per counsel)

Dated this 24th day of June, 2016.

**MICHAEL BEST & FRIEDRICH LLP**

By: _s/ S. Edward Sarskas_
S. Edward Sarskas, SBN 1025534
Patricia L. Jenness, SBN 1082658
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Phone: 414.271.6560
Fax: 414.277.0656
sesarskas@michaelbest.com
pljenness@michaelbest.com

Ian A. J. Pitz, SBN 1031602
Albert Bianchi, Jr., SBN 1056920
Kenneth M. Albridge III, SBN 1078384
1 S. Pinckney Street, Suite 700
Madison, WI 53703
Phone: 608.257.3501
Fax: 608.283.2275
iapitz@michaelbest.com
abianchi@michaelbest.com
kmalbridge@michaelbest.com

*Attorneys for Plaintiff Epic Systems Corporation*