# Exhibit 1

REDACTED



Confidential