UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EPIC SYSTEMS CORPORATION, | |
| Plaintiff, | Case No.: 15-cv-179 |
| v. | |
| ATTACHMATE CORPORATION, | |
| Defendant. | |

**ATTACHMATE'S MOTION *IN LIMINE* NUMBER THREE (3) TO EXCLUDE TESTIMONY AND REPORTS FROM EPIC'S EXPERT CONWAY**

Attachmate renews its existing motions to exclude the opinion testimony and reports from Epic's expert Daniel Conway for the reasons stated in the memorandums accompanying that motion to exclude. Doc. Nos. 84, 85 and 112 . Those pleadings and exhibits in support of Attachmate's motions to exclude testimony from Epic's experts are incorporated herein.

DATED this 8th day of July, 2016.

STOKES LAWRENCE, P.S.

By: /s/    Bradford J. Axel

Bradford J. Axel, admitted *pro hac vice*
Theresa H. Wang, admitted *pro hac vice*
Shannon M. Jost, admitted *pro hac vice*
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Phone: (206) 626-6000
Fax: (206) 464-1496
*theresa.wang@stokeslaw.com*
*brad.axel@stokeslaw.com*
*shannon.jost@stokeslaw.com*


Aaron T. Olejniczak (1034997)
ANDRUS INTELLECTUAL PROPERTY
LAW, LLP
100 East Wisconsin Avenue, Suite 1100
Milwaukee, WI 53202
Phone: (414) 271-7590
Fax: (414) 271-5770
*aarono@andruslaw.com*

Attorneys for Attachmate Corporation